AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JONATHAN GUYTON,

Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV323-54

TYRONE OLIVER, Commissioner, Georgia Department of Corrections,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 1, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion, judgment is hereby entered in favor of Respondent and against Petitioner. Petitioner's 28 U.S.C. § 2254 petition is denied. Additionally, a certificate of appealabilty is denied in this case in which Petitioner is not entitled to appeal in forma pauperis. This case stands closed.

| 2/1/24 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |

*(signature)*
(By) Deputy Clerk

GAS Rev 10/2020